**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANNE KIHAGI, | Case No. 2:22-cv-01603-MCS-PLA |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| AXOS BANK; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1–10 inclusive, | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: November 7, 2022

*/s/ Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE